# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| JOHN ANDREW SPEAGLE, True Name: John Andrew ) | Case No: 5:05CR234-2 |
| Speagle, Sr. ) | USM No: 20473-058 |
| Date of Previous Judgment: June 18, 2007 ) | Richard E. Beam, Jr. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ DENIED.   ❒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 35           Amended Offense Level: 35
Criminal History Category: VI        Criminal History Category: VI
Previous Guideline Range: 292 to 365 months   Amended Guideline Range: 292 to 365 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   As the defendant was only held accountable for methamphetamine in this case, Amendment 706 (Crack Cocaine Retroactivity) does not apply and the defendant is not subject to a reduction in his sentence.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated June 18, 2007 shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   August 3, 2011

Effective Date:   August 3, 2011
(if different from order date)

Richard L. Voorhees
United States District Judge